David B. Pillemer, Esq., State Bar No. 97808
PILLEMER & PILLEMER
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673
Telephone (818) 994-4321 • Facsimile (818) 994-3484
Email: dpillemer@pillemerlaw.com

Attorneys for Plaintiff
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, AUTONATION, INC., DBA MERCEDES-BENZ OF SOUTH BAY, an unknown entity, and DOES 1-40, inclusive,<br><br>　　　　Defendants. | Civil No.: 2:19-cv-01969 RSWL (Asx)<br><br>Assigned for All Purposes To:<br>Ronald S. W. Lew (Alka Sagar)<br><br>**NOTICE OF SETTLEMENT**<br><br>TRIAL DATE: 12/15/20<br>ACTION FILED: 02/06/19 |

TO THE COURT:

In accordance with the Court's Standing Order, Local Rule 16-15.7 and the instruction of the Court, Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Per the terms of the settlement, the Defendants are to pay to Plaintiff an

1 | agreed sum.

2 | DATED:  November 3, 2020

PILLEMER & PILLEMER

By: _____
DAVID B. PILLEMER
Attorneys for Plaintiff, State Farm Mutual Automobile Insurance Company

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        ]
                           ] ss.
COUNTY OF LOS ANGELES      ]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is PILLEMER & PILLEMER, 17835 Ventura Blvd., Suite 204, Encino, California 91316-3673.

On November 5, 2020, I served the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in Re STATE FARM V MERCEDES-BENZ USA, LLC & AUTONATION, INC., DBA MERCEDES-BENZ OF SOUTH BAY, Court Case No. 2:19-cv-01969 RSWL (Asx), Our Matter No. 14854.826, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

H. Grant Law
Brittany B. Wilson
SHOOK, HARDY & BACON L.LP.
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Phone: 415 544-1900
Fax: 415 391-0281
Email: hlaw@shb.com; bwilson@shb.com
Attorneys for Defendant MERCEDES-BENZ USA, LLC and AUTONATION, INC. d/b/a MERCEDES BENZ OF SOUTH BAY

____ **ELECTRONIC SERVICE ONLY:** Transmitted only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided March 2020, that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

____ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Encino, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY FACSIMILE:** I sent via facsimile, a copy of said document(s) to the following addressee(s) at the following facsimile number(s) in accordance with the written confirmation of counsel in this action.

____ **BY OVERNIGHT DELIVERY:** I deposited such envelope in a facility regularly maintained by GOLDEN STATE OVERNIGHT with delivery fees fully provided for or delivered the envelope to a courier or driver of GOLDEN STATE OVERNIGHT authorized to receive documents at PILLEMER & PILLEMER, 17835 Ventura Blvd., Suite 204, Encino, California 91316-3673.

____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

__X__ **BY ELECTRONIC SERVICE:** [Code of Civ. Proc. §1010.6] by electronically mailing the document(s) listed above to the e-mail address(es) set forth above, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure Section 1010.6.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 5, 2020, at Encino, California.

_____
TALIA PILLEMER ZWICK