H. Grant Law (SBN: 144505)
hlaw@shb.com
Brittany B. Wilson (SBN: 319977)
bwilson@shb.com
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2600
San Francisco, California 94104
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorneys for Defendants
MERCEDES-BENZ USA, LLC and
AUTONATION, INC.

David B. Pillemer, Esq. (SBN 97808)
Robin F. Genchel, Esq. (SBN 131705)
**PILLEMER & PILLEMER**
17835 Ventura Blvd., Suite 204
Encino, California 91316-3673
Telephone (818) 994-4321
Facsimile (818) 994-3484
Email: dpillemer@pillemerlaw.com

Attorneys for Plaintiff
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, AUTONATION, INC., DBA MERCEDES-BENZ OF SOUTH BAY, an unknown entity, and DOES 1-40, inclusive, <br><br> Defendants. | Civil No.: 2:19-cv-01969 RSWL (Asx) <br><br> Assigned to Hon. Ronald S. W. Lew (Hon. Alka Sagar) <br><br> **STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** <br><br> ACTION FILED: 02/06/19 |

IT IS HEREBY STIPULATED by and between Plaintiff State Farm Automobile Insurance Company ("Plaintiff"), Defendant Mercedes-Benz USA, LLC ("MBUSA"), and Defendant AutoNation, Inc. dba Mercedes-Benz of South Bay ("AutoNation"), by and through their respective counsel of record, that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), plaintiff's entire action against defendants is dismissed, with prejudice. Each party to bear its own costs and attorney fees.

IT IS SO STIPULATED


Dated: December 14, 2020                **SHOOK, HARDY & BACON L.L.P.**

                                        */s/ Brittany B. Wilson*
                                        H. GRANT LAW
                                        BRITTANY B. WILSON

                                        Attorneys for Defendants
                                        MERCEDES-BENZ USA, LLC and
                                        AUTONATION, INC.


Dated: December 14, 2020                **PILLEMER & PILLEMER**

                                        */s/ David B. Pillemer*
                                        DAVID B. PILLEMER
                                        ROBIN F. GENCHEL

                                        Attorneys for Plaintiff
                                        STATE FARM MUTUAL
                                        AUTOMOBILE INSURANCE
                                        COMPANY

STIPULATION TO DISMISS WITH PREJUDICE
Case No.: 2:19-cv-01969 RSWL (Asx)

1

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.**

2       I, Brittany B. Wilson, am the ECF User whose identification and password are

3  being used to file this document. Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all

4  other signatories listed, and on whose behalf the filing is submitted, concur in the

5  filing's content and have authorized the filing.

6

7                      By: */s/ Brittany B. Wilson*
                           Brittany B. Wilson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2