# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, AUTONATION, INC., DBA MERCEDES-BENZ OF SOUTH BAY, an unknown entity, and DOES 1-40, inclusive, <br><br> Defendants. | Civil No.: 2:19-cv-01969 RSWL (ASx) <br><br> Assigned to Hon. Ronald S. W. Lew (Hon. Alka Sagar) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** <br><br> ACTION FILED: 02/06/19 |

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff's entire action against Defendants is dismissed, with prejudice, and each party is to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: December 18, 2020          /S/ RONALD S.W. LEW
                                  Hon. Ronald S.W. Lew
                                  United States District Court

1